**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| **TONY CURLEY** | § | |
| **Plaintiff** | § | |
| **v.** | § | **Case No. 5:24cv101-JRG-JBB** |
| **TAMIA NIXON, ET AL.** | § | |
| **Defendants** | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiff Tony Curley, an inmate proceeding *pro se*, filed this civil rights lawsuit under 42 U.S.C. § 1983 complaining of alleged violations of his constitutional rights during his confinement in the Bowie County Jail. The lawsuit was referred to the United States Magistrate Judge.

On February 11, 2026, the Magistrate Judge issued a Report and Recommendation, recommending that Defendants' motion for summary judgment (Docket No. 36) and Nurse Nixon's motion to join the motion for summary judgment (Docket No. 39) be granted and that the above lawsuit be dismissed with prejudice for failure to exhaust administrative remedies. Docket No. 40. Plaintiff received a copy of this Report on February 18, 2026, but has filed no objections to date. Docket No. 41. Accordingly, he is barred from *de novo* review by the District Judge of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court. *Duarte v. City of Lewisville, Texas*, 858 F.3d 348, 352 (5th Cir. 2017).

The Court has reviewed the pleadings in this cause and the Report and Recommendation of the Magistrate Judge. Upon such review, the Court has determined that the Report of the Magistrate Judge is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918 (1989) (where no objections to a Magistrate Judge's Report are filed, the standard of review is

"clearly erroneous, abuse of discretion and contrary to law"). It is accordingly

ORDERED that the Report and Recommendation of the Magistrate Judge (Docket No. 40) is **ADOPTED** as the opinion of the District Court. It is further

ORDERED that Defendants' motion for summary judgment (Docket No. 36) and Nurse Nixon's motion to join the motion for summary judgment (Docket No. 39) are **GRANTED**. It is further

ORDERED that the above-styled civil action is **DISMISSED** with prejudice for failure to exhaust. It is further

ORDERED that any and all motions which may be pending in this civil action are hereby **DENIED**.

## So Ordered this

**Mar 18, 2026**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE